IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:21-CV-168-D

| | |
|---|---|
| CYNTHIA GORALSKI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| GRAHAM BRINSON, and ) | |
| BETTY BRINSON, ) | |
| ) | |
| Defendants. ) | |

All parties are citizens of North Carolina, and the amount in controversy does not exceed $75,000 exclusive of interest and costs. See Compl. [D.E. 1]. Thus, this court lacks subject-matter jurisdiction based on diversity. See 28 U.S.C. § 1332(a). And federal question jurisdiction does not exist under 28 U.S.C. § 1331. Accordingly, the court GRANTS defendants' motion to dismiss [D.E. 5] and DISMISSES WITHOUT PREJUDICE plaintiff's complaint. Plaintiff may seek to pursue relief in Craven County District Court.

SO ORDERED. This 3 day of January, 2022.

JAMES C. DEVER III
United States District Judge