UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CYNTHIA GORALSKI,                )
                                 )
                Plaintiff,       )
                                 )     **JUDGMENT IN A**
v.                               )     **CIVIL CASE**
                                 )     **CASE NO. 4:21-CV-168-D**
GRAHAM BRINSON, and BETTY BRINSON, )
                                 )
                Defendants.      )

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that all parties are citizens of North Carolina, and the amount in controversy does not exceed $75,000 exclusive of interest and costs. Thus, this court lacks subject-matter jurisdiction based on diversity. And federal question jurisdiction does not exist under 28 U.S.C. § 1331. Accordingly, the court GRANTS defendants' motion to dismiss [D.E. 5] and DISMISSES WITHOUT PREJUDICE plaintiff's complaint., Plaintiff may seek to pursue relief in Craven County District Court.

**This Judgment Filed and Entered on January 3, 2022, and Copies To:**

Graham Brinson and Betty Brinson        (Sent to 709 Taberna Cicle New Bern, NC 28562 via US Mail)

Cynthia Goralski                        (via CM/ECF electronic notification)

DATE:                                   PETER A. MOORE, JR., CLERK

January 3, 2022                         (By) /s/ Nicole Sellers
                                              Deputy Clerk